

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

86 Chambers Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

RECEIVED
MAR 4 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

March 4, 2008

By Hand
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: United States v. Mathieson
        07 Civ. 11583 (NRB)

Dear Judge Koeltl:

    The Court has scheduled a status conference in the above-referenced case for Thursday, March 6, 2008, at 3:30 p.m. The Government has not yet served the defendant with the summons and complaint, and anticipates that it will take an additional two weeks to complete service. The Government therefore respectfully requests that the conference be adjourned for thirty days.

    Thank you for your consideration of this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

*Adjourned to Monday,*
*April 14, 2008 at 4:30pm*

*So Ordered.*
*/s/ J. Koeltl*
*3/5/08*
*USDJ*

By: /s/ Kathleen Zebrowski
    KATHLEEN A. ZEBROWSKI
    Assistant United States Attorney
    Telephone: (212) 637-2710