Tax I.D. No: 11-3192343

# CAPITAL PROCESS SERVERS, INC.

*Member of the National Association of Professional Process Servers*

265 Post Avenue Suite 150 Westbury, New York 11590                Tel. (516) 333-6380; Fax (516) 333-6382

> Financial Litigation Unit-NYS
> MAR 1 7 2008
> Received on

U.S. Attorney's Office - SDNY
Kathleen A.     Zebrowski Esq.
86 Chambers Street
New York , N.Y. 10007

Invoice No.: 0808496
March 11, 2008

File No.:

| Caption: | UNITED STATES OF AMERICA,    Plaintiff/Petitioner<br>vs<br>CHRISTOPHER MATHIESON,    Defendant/Respondent | Court: United States<br>County:<br>Index No: 07 Civ. 11583 |
|---|---|---|
| Re: | CHRISTOPHER MATHIESON | Date Served: 3/8/2008 |

Docs.Served: Summons and Verified Complaint

Served By: HARRY TORRES          Place Served: 34 8TH AVENUE   NEW YORK, NY 10014-1872

| Date | Service Description | Service Fee | Fee Prepaid |
|---|---|---|---|
| 3/8/2008 | Service Fee-Expedited | $110.00 | |
| | **Total Service Fees and Total Fees Prepaid:** | **$110.00** | |

**Terms:** Payment Is Due Upon Receipt of Invoice- Attorney Is Responsible For All Fees

**Total Amount Due =**    $110.00

**Remarks:** SMG

---

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *Capital Process Servers, Inc.*

U.S. Attorney's Office - SDNY
Kathleen A. Zebrowski Esq.
86 Chambers Street
New York , N.Y. 10007


COPY

Invoice•Work Order # 0808496
Invoice Date:  March 11, 2008
Attorney's ID# A041

Capital Process Servers, Inc.
265 Post Avenue Suite 150
Westbury, N.Y. 11590

**Total Amount Due = $110.00**

**Amount Enclosed** _____

# AFFIDAVIT OF SERVICE

Index # 07 Civ. 11583 (JGK)
Date Purchased: December 26, 2007
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

ATTORNEY(S): Kathleen A. Zebrowski Esq. : U.S. Attorney's Office - SDNY   PH: 212-637-2710
ADDRESS: 86 Chambers Street  New York  N.Y.  10007   File No.:

**UNITED STATES OF AMERICA,**
vs.
**CHRISTOPHER MATHIESON,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____HARRY TORRES_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___March 8, 2008___ at ___12:32 PM___ at ___34 8TH AVENUE  NEW YORK, NY 10014-1872___, deponent served the within **Summons and Verified Complaint**

with Index Number ___07 Civ. 11583 (JGK)___, and Date Purchased ___December 26, 2007___ endorsed thereon,
on: **CHRISTOPHER MATHIESON**_____, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON [X]** By delivering a true copy of each to ___LORI ELY - COTENANT___ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY [X]** On ___March 11, 2008___, deponent completed service under the last two sections by depositing a copy of the ___Summons and Verified Complaint___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION [X]** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex ___Female___ Color of skin ___White___ Color of hair ___Brown___ Age ___36 - 50 Yrs.___ Height ___5' 4" - 5' 8"___ Weight ___131 - 160 Lbs.___ Other Features: _____

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC [X]** Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this ___11___ day of ___March, 2008___

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

HARRY TORRES
Server's Lic # 0915257
Invoice•Work Order # 0808496

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*