**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                 :

                Plaintiff,   :   **ORDER TO SHOW CAUSE**

                v.           :   07 Civ. 11583 (JGK)

CHRISTOPHER MATHIESON,                    :

                Defendant.   :
-----------------------------------------------------------x

NOTICE:  THIS IS A COURT ORDER WHICH REQUIRES YOU TO APPEAR IN PERSON IN ROOM _12B_, UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, NEW YORK 10007 AT _2:30 P.M._ ON _May 8_, 2008

On the annexed summons and complaint, and the Declaration of Kathleen A. Zebrowski, Assistant United States Attorney, it is hereby

ORDERED that defendant appear before United States District Judge John G. Koeltl at the United States Courthouse, 500 Pearl Street Room _12B_, New York, 10007, on the _8_ day of _May_, 2008, at _2:30 P.M._ and show cause why a default judgment should not be entered against defendant pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and why plaintiff should not have such other and further relief as may be just and proper, and it is further

ORDERED AND DECREED that a copy of this Order and the papers upon which it based may be served by __April 24__, 2008, upon defendant by mailing a copy thereof, properly enclosed in a postpaid wrapper addressed to defendant at his last known address, to wit, 34 Eighth Avenue, #5A, New York, New York 10014-1872.

Dated: New York, New York
April 22, 2008

_____
UNITED STATES DISTRICT JUDGE

THE DEFENDANT IS ADVISED THAT FAILURE TO RESPOND TO THE ORDER TO SHOW CAUSE MAY BE GROUNDS FOR A DEFAULT JUDGMENT AGAINST HIM, IN WHICH EVENT THE DEFENDANT WILL HAVE NO TRIAL.

THE PLAINTIFF SHALL FILE PROOF OF SERVICE OF THE ORDER TO SHOW CAUSE BY __May 2, 2008__.

SO ORDERED.

_____
4/22/08   U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,            :

                 Plaintiff,    :    CLERK'S CERTIFICATION

                 v.            :    07 Civ. 11583 (JGK)

CHRISTOPHER MATHIESON,               :

                 Defendant,    :
-------------------------------------------------x

    I, M. Michael McMahon, Clerk of the United States District for the Southern District of New York, do hereby certify that the docket entries in the above-captioned case show that the complaint was filed on December 26, 2007; a copy of the summons and complaint having been served upon defendant on March 8, 2008, by leaving a copy at his residence with a person of suitable age and discretion, to wit, Lori Ely, defendant's co-tenant; proof of such service having been filed with the Clerk of the Court on March 19, 2008. I further certify that the docket entries show that defendant has not filed an answer or otherwise moved with respect to the complaint and that the time for him to do so has expired. The default of defendant is hereby noted.

Dated: New York, New York

    April 18, 2008

                                                   J. Michael McMahon
                                                   CLERK