

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 7, 2008

BY FAX
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**



RECEIVED MAY 0 7 2008 CHAMBERS OF JUDGE JOHN G. KOELTL

   Re: United States v. Mathieson
       07 Civ. 11583 (JGK)

Dear Judge Koeltl:

   The Court has scheduled an order to show cause in the in the above-referenced defaulted student loan case for Thursday, May 8, 2008, at 2:30 p.m. The defendant has recently contacted this Office and has agreed to sign a consent judgment. Accordingly, the Government respectfully withdraws its application for a default judgment, and requests that it have until May 15, 2008, to submit a proposed consent judgment.

   Thank you for your consideration of this request.

                    Respectfully,

                    MICHAEL J. GARCIA
                    United States Attorney

                By: /s/ Kathleen Zebrowski
                    KATHLEEN A. ZEBROWSKI
                    Assistant United States Attorney
                    Telephone: (212) 637-2710

cc:   Christopher Mathieson (by first class mail)

*The Order to Show Cause for a Default Judgment is denied without prejudice as moot. The Clerk is directed to close the motion. The parties shall submit a consent judgment or a status report by May 23, 2008. So ordered.*
*5/7/08  /s/ John G. Koeltl*

TOTAL P.02